UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GARY SHAMLEFFER, :
:
    Plaintiff, : CIVIL ACTION NO. 11-3503-JKB
:
v. :
:
AKAL SECURITY, INC. :
:
    Defendant. :
:

### DEFENDANT AKAL SECURITY, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Akal Security, Inc. (hereinafter "Defendant") hereby submits its Corporate Disclosure Statement, in compliance with Fed. R. Civ. P. 7.1:

1) Defendant Akal Security, Inc.'s parent corporation is KIIT.

2) Defendant states that the following publicly held corporations own 10% or more of its stock: None.

Dated: May 2, 2012

Respectfully submitted,

*/s/ Steven E. Kaplan*
Steven E. Kaplan (Bar No. 16531)
skaplan@littler.com
LITTLER MENDELSON, P.C.
1150 17th Street N.W.
Suite 900
Washington, DC 20036
202.842.3400

Attorney for Defendant

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2012, a copy of the foregoing **Defendant Akal Security, Inc.'s Corporate Disclosure Statement** was served electronically using the CM/ECF system upon:

>David Cashdan
>Cashdan & Kane, PLLC
>1150 Connecticut Avenue NW
>Washington, DC  20036-4129
>
>Katherine L. Butler
>1007 Heights Blvd.
>Houston, TX  77008
>
>John Griffin, Jr.
>203 North Liberty St.
>Victoria, TX  77901

>*/s/ Steven E. Kaplan*
>Steven E. Kaplan

Firmwide:111119097.1 051010.1166