UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Gary Shamleffer, | § | CIVIL ACTION NO 1:11-cv-3503 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Akal Security, Inc., | § | |
|     Defendant. | § | |

**Agreed Motion to Dismiss**

The parties have resolved their differences fully and thus respectfully ask this Court to dismiss this case with prejudice to the refiling of same.

Respectfully submitted,

s/ David Cashdan
USDC MD 08977
Cashdan & Kane, PLLC
1150 Connecticut Avenue N.W.
Washington, D.C.  20036-4129
(202) 862-4353 (telephone)
(202) 862-4331 (fax)

Katherine L. Butler
Texas Bar No. 03526300
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677
Fax (713) 526-5691

John Griffin, Jr.
Texas Bar No. 08460300
203 North Liberty Street
Victoria, Texas  77901
(361) 573-5500 – Telephone
(361) 573-5040 – Telecopier

Counsel for the Plaintiff

## Certificate of Service

  I certify that a true and correct copy of this document has been served upon the defendant by means of the Court's electronic filing system on July 30, 2012.

                    <u>/s/ David Cashdan</u>